United States District Court
Southern District of Texas
**ENTERED**
March 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:14-CR-368 |
| § | |
| ROSLYN KAY COLLINS § | |

## ORDER

On February 6, 2017, the Government moved to dismiss Movant Roslyn Kay Collins' motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. D.E. 64. The certificate of service indicates that the Government served its motion on Movant at F.C.I. Marianna, P.O. Box 7007, Marianna, FL 32447. However, the return address on Movant's § 2255 motion indicates that she is housed at the F.C.I. Marianna Prison Camp, P.O. Box 7006.

The Government is hereby **ORDERED** to serve a copy of its motion to dismiss on Movant at the following address:

Roslyn Kay Collins
Reg. No. 65866379 C-A
Federal Correctional Institution - Satellite Camp
P.O. Box 7006
Marianna, FL 32447

Movant may reply not later than 30 days after service of the Government's motion.

ORDERED this 14th day of March, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE